UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-6244 R (MRW) | Date | December 5, 2013 |
|---|---|---|---|
| Title | Aitken v. United States | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | | Attorneys Present for Respondent: |
| None present | | None present |

**Proceedings:**     (IN CHAMBERS) ORDER TO SHOW CAUSE

    On September 30, 2013, the government filed a motion to dismiss this federal habeas action. (Docket # 6.) The Court issued an order explaining the status of the action to Petitioner, and advising him to file a response to the motion by or before October 29, 2013. To date, Petitioner has failed to do so.

    THEREFORE, the Court orders Petitioner to show cause why the unopposed motion should not be granted pursuant to Local Rule 7-9. To respond to this OSC, Petitioner must submit his opposition to the motion and a sufficient explanation for the failure to file in a timely manner. Petitioner's submission will be due by or before December 29, 2013. After that, the Court will take the matter under submission.