1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JOHN AITKEN, | ) Case No. CV 13-6244 R (MRW) |
|---|---|
| Petitioner, | ) |
| vs. | ) JUDGMENT |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |
| _____ | ) |

Pursuant to this Court's Order,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATE: _January 21, 2014_

_____
HON. MANUEL L. REAL
UNITED STATES DISTRICT JUDGE